**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALTER DELSON, <br><br>   Plaintiff, <br>   v. <br><br>THE BARRON EGG SHOP d/b/a THE MONTCLAIR EGG SHOP; EDWARD BAKER; MIGUEL A. BARRON; JORGE "DOE"; and DOES 2-10, inclusive, <br><br>   Defendants. | Case No.: 12-CV-06454 <br><br> ORDER TRANSFERRING CASE TO SAN FRANCISCO/OAKLAND DIVISION |

Plaintiff Walter Delson has submitted a letter stating that this case was mistakenly filed in the San Jose Division of this Court rather than the San Francisco/Oakland Division due to a clerical error. ECF No. 12. Specifically, on one portion of the Civil Cover Sheet, Plaintiff's attorney, Mr. Paul L. Rein, inadvertently checked "San Jose" rather than "San Francisco/Oakland." All the parties are located in Alameda County and the events from which this action arises appear to have occurred at Defendant Barron Egg Shop's store in Oakland, which is located in Alameda County. Accordingly, the Court hereby orders that this case be transferred to the San Francisco/Oakland Division.

**IT IS SO ORDERED.**

Dated: January 22, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-06454
ORDER TRANSFERRING CASE TO SAN FRANCISCO/OAKLAND DIVISION