1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone: 510/832-5001
   Facsimile:  510/832-4787
5  reinlawoffice@aol.com

6  Attorney for Plaintiff
   WALTER DELSON
7

8  ARCOLINA PANTO, Esq. (SBN 235786)
   LAW OFFICES OF ARCOLINA PANTO
9  166 Santa Clara Ave.
   Oakland, CA 94610
10 Phone: 510/658-2500

11 Attorney for Defendants
   THE BARRON EGG SHOP OF MONTCLAIR
12 dba THE MONTCLAIR EGG SHOP; EDWARD
   BAKER; MIGUEL A. BARRON; JORGE DOE;
13 and DOES 2-10, Inclusive

14

15              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16

17 WALTER DELSON,                    CASE NO. C12-6454 RS
                                     Civil Rights
18     Plaintiff,

19 v.                                **CONSENT DECREE AND**
                                     **[PROPOSED] ORDER**
20 THE BARRON EGG SHOP OF
   MONTCLAIR dba THE
21 MONTCLAIR EGG SHOP;
   EDWARD BAKER; MIGUEL A.
22 BARRON; JORGE DOE; and DOES
   2-10, Inclusive,
23
       Defendants.
24 _____/

25

26 1.  Plaintiff WALTER DELSON filed a Complaint in this action on

27     December 20, 2012, to obtain recovery of damages for his discriminatory

28     experiences, denial of access, and denial of his civil rights, and to enforce

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE & [PROPOSED] ORDER
CASE NO. C12-6454 RS

E:\Consent Decree final.wpd

provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. sections 12101 *et seq.*, and California civil rights laws against Defendants THE BARRON EGG SHOP OF MONTCLAIR dba THE MONTCLAIR EGG SHOP; EDWARD BAKER; MIGUEL A. BARRON; and JORGE DOE, relating to the condition of their public accommodations as of November 25, 2012, and continuing. Plaintiff has alleged that Defendants violated Title III of the ADA and sections 51, 52, 54, 54.1, and 54.3 of the California Civil Code, and sections 19955 *et seq.* of the California Health & Safety Code by failing to provide full and equal access to their facilities at the Montclair Egg Shop, 6126 Medau Place, Oakland, California (hereafter, "Restaurant"). Defendants admit that the Restaurant was not accessible on the date of plaintiff's visit. Plaintiff and defendants (collectively "the parties") hereby enter into this Consent Decree and Order for the purpose of resolving the injunctive relief **and damages** issues in this lawsuit without the need for protracted litigation.

## JURISDICTION:

2. The parties to this Consent Decree agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101, *et seq.*, and pursuant to supplemental jurisdiction for alleged violations of California Health & Safety Code sections 19955, *et seq.*; Title 24, California Code of Regulations; and California Civil Code sections 51, 52, 54, 54.1, and 54.3, and Business and Professions Code section 17200, *et seq.*

3. In order to avoid the costs, expense, and uncertainty of protracted litigation, the parties to this Consent Decree agree to entry of this Order to resolve all

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE & [PROPOSED] ORDER
CASE NO. C12-6454 RS

2

E:\Consent Decree final.wpd

claims regarding **injunctive relief and damages** raised in the Complaint filed with this Court. Accordingly, they agree to the entry of this Order without trial or further adjudication of any issues of fact or law concerning Plaintiff's claims **for injunctive relief and damages. Issues of attorney fees, litigation expenses, and costs have not been resolved and will be the subject of further negotiation and/or litigation.**

WHEREFORE, the parties to this Consent Decree hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF:**

4. This Order shall be a full, complete, and final disposition and settlement of Plaintiff's claims against Defendants for injunctive relief that have arisen out of the subject Complaint.

5. The parties agree and stipulate that the corrective work will be performed in compliance with the standards and specifications for disabled access as set forth in the California Code of Regulations, Title 24-2, and the Americans with Disabilities Act Standards, unless other standards are specifically agreed to in this Consent Decree and Order.

6. **Remedial Measures:**

   Defendants THE BARRON EGG SHOP OF MONTCLAIR dba THE MONTCLAIR EGG SHOP; EDWARD BAKER; and MIGUEL A. BARRON agree to perform corrective work at 6126 Medau Place, Oakland, California. The scope of the corrective work agreed upon by the parties is detailed in the Draft Access Inspection and Report of Gary Waters, RA, NCARB, CASp, dated May 9, 2013, and incorporated herewith as **Attachment A.**

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE & [PROPOSED] ORDER
CASE NO. C12-6454 RS

3

E:\Consent Decree final.wpd

7. **Timing of Injunctive Relief:**

    a. Defendants will engage a contractor within 30 days of signing this Consent Decree. Their contractor will apply for any necessary building permits within 15 days of engagement. All corrective work required in paragraph 6 will be completed within six months of receiving permits from the appropriate agency(ies).

    b. In the event that unforeseen difficulties prevent Defendants from completing any of the agreed-upon injunctive relief, Defendants or their counsel will notify Plaintiff's counsel in writing within 15 days of discovering the delay. The parties will meet and confer for at least 30 days to resolve the issues informally. If the parties cannot agree after that time, either party may make a motion to the Court for relief or to enforce this Consent Decree and [proposed] Order. If plaintiffs make a successful motion to enforce the Consent Decree and Order, defendants will pay their reasonable attorney fees incurred in enforcing the Order.

8. **Monitoring:** Defendants or their counsel will notify Plaintiff's counsel when the modifications are completed, and in any case will provide a status report no later than 45 days from the entry of this Consent Decree and [Proposed] Order, and every 180 days thereafter until corrective work is complete.

**DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES AND COSTS:**

9. **Damages:** Defendants will pay plaintiff's damages in the amount of $7,500.00 (seven thousand, five hundred dollars and no cents).

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE & [PROPOSED] ORDER
CASE NO. C12-6454 RS

4

E:\Consent Decree final.wpd

will be made within 30 days of signing this Consent Decree. Payment will be made by a check payable to Paul L. Rein in Trust for Walter Delson.

10. No agreement has been reached on the issue of attorney fees, litigation expenses, and costs. These issues will be the subject of further negotiation and/or litigation. The parties jointly stipulate and request that the Court not dismiss the case as these significant issues remain unresolved.

**ENTIRE CONSENT ORDER:**

11. This Consent Decree and [Proposed] Order and Attachment A to this Consent Decree, which are incorporated herein by reference as if fully set forth in this document, constitute the entire agreement between the signing parties on the matters of injunctive relief and damages. **Issues of attorney fees, litigation expenses, and costs are specifically excluded and shall be the subject of further negotiations and/or litigation.**

**CONSENT ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:**

12. This Consent Decree and Order shall be binding on the parties and all successors in interest. The parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF ONLY:**

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE & [PROPOSED] ORDER
CASE NO. C12-6454 RS

5

E:\Consent Decree final.wpd

13. Each of the parties to this Consent Decree understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree, any or all of them will incur, suffer or experience some further loss or damage with respect to the lawsuit which is unknown or unanticipated at the time this Consent Decree is signed. Except for all obligations required in this Consent Decree, the parties intend that this Consent Decree apply to all such further loss with respect to the lawsuit, except those caused by the parties subsequent to the execution of this Consent Decree. Therefore, except for all obligations required in this Consent Decree, this Consent Decree shall apply to and cover any and all claims, demands, actions and causes of action by the parties to this Consent Decree with respect to the lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section 1542 provides as follows:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

14. **Except for attorney fees, litigation expenses and costs, as well as the repair and damages obligations stated in this Consent Decree**, each of the parties to this Consent Decree, on behalf of each, their respective agents, representatives, predecessors, successors, heirs, partners and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature,

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE & [PROPOSED] ORDER
CASE NO. C12-6454 RS

6

E:\Consent Decree final.wpd

presently known or unknown, arising out of or in any way connected with the lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER:**

15. This Consent Decree and Order shall be in full force and effect for a period of twenty-four (24) months after the date of entry of this Consent Decree and Order, or until the injunctive relief contemplated by this Order is completed, whichever occurs later. The Court shall retain jurisdiction of this action to enforce provisions of this Order for twenty-four (24) months after the date of this Consent Decree, or until the injunctive relief contemplated by this Order is completed, whichever occurs later.

**SEVERABILITY:**

16. If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES:**

17. Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

Dated: 9/3, 2013          PLAINTIFF WALTER DELSON

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE & [PROPOSED] ORDER
CASE NO. C12-6454 RS

7

E:\Consent Decree final.wpd

```
 1
 2                              By: /s/ Walter Delson
 3                                  WALTER DELSON
 4  Dated: 9/3, 2013           DEFENDANT THE BARRON EGG SHOP dba
                                MONTCLAIR EGG SHOP and DEFENDANT
 5                              MIGUEL A. BARRON as an individual
 6
 7                              By: /s/ Miguel Barron
 8                                  MIGUEL A. BARRON
 9
10  Dated: 9/3, 2013           DEFENDANT EDWARD BAKER
11
12                              By: /s/ Edward Baker
13                                  EDWARD BAKER
14
15  APPROVED AS TO FORM:
16
17  Dated: 9/3, 2013           PAUL L. REIN
                                CELIA McGUINNESS
18                              LAW OFFICES OF PAUL L. REIN
19
20                              By: /s/ Celia McGuinness
21                                  CELIA McGUINNESS, Esq.
                                    Attorneys for Plaintiff
22                                  WALTER DELSON
23
24  Dated: 9/3, 2013           LAW OFFICE OF ARCOLINA PANTO
25
26
27                              By: /s/ Arcolina Panto
                                    ARCOLINA PANTO, Esq.
                                    Attorney for Defendant
28                                  BARRON EGG SHOP OF MONTCLAIR
```

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE & [PROPOSED] ORDER
CASE NO. C12-6454 RS

8

E:\Consent Decree final.wpd

dba MONTCLAIR EGG SHOP

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: 9/12/, 2013

_____
Honorable Richard Seeborg
United States ~~Magistrate~~ District Judge

CONSENT DECREE & [PROPOSED] ORDER
CASE NO. C12-6454 RS

9

E:\Consent Decree final.wpd

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001