1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone:     510/832-5001
   Facsimile:      510/832-4787
5
   Attorneys for Plaintiff
6  WALTER DELSON

7

8  Defendants
   EDWARD BAKER and MIGUEL A. BARRON *in pro per*
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12  WALTER DELSON,                        CASE NO.  C12-6454 RS
                                          Civil Rights
13          Plaintiff,

14  v.

15  THE BARRON EGG SHOP OF               **STIPULATION AND [~~PROPOSED~~]**
    MONTCLAIR dba THE MONTCLAIR EGG      **ORDER EXTENDING DEADLINES,**
16  SHOP; EDWARD BAKER; MIGUEL A.        **REQUIRING PAYMENT OF ATTORNEY**
    BARRON; JORGE DOE; and DOES 2-10,    **FEES, AND DISMISSING ACTION**
17  INCLUSIVE,                           **PURSUANT TO FRCP 41(a)(2)**

18          Defendants.
                                    /
19

20          Plaintiff Walter Delson, by and through his counsel of record, and defendants The

21  Barron Egg Shop of Montclair dba The Montclair Egg Shop, and Edward Baker and Miguel A.

22  Barron *in pro per,* hereby enter into the following stipulation for dismissal of this action with

23  prejudice:

24  WHEREAS:

25  1.      The Court previously entered a Consent Decree and Order regarding settlement of

26          plaintiff's claims for injunctive relief and damages. Docket No 30.

27  2.      The parties have now settled plaintiff's remaining claim for attorney fees, litigation

28          expenses, and costs;

LAW OFFICES OF
**PAUL L. REIN**
**200 LAKESIDE DR., SUITE A**
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES,
REQUIRING PAYMENT OF ATTORNEY FEES,
AND DISMISSING ACTION PURSUANT TO FRCP 41(a)(2)
CASE NO. C12-6454 RS                    -1-                    C:\Users\Jewc\AppData\Local\Temp\notes1A03DD\Stip & Prop Order to dismiss.wpd

3.    Whereas defendants have requested until June 1, 2014, to complete injunctive relief work;

4.    Whereas plaintiff agrees to the extension of all time limits for injunctive relief to June 1, 2014, from those previously ordered (Docket No. 30), provided that defendants make payment of $38,750 in satisfaction of plaintiff's claim for attorney fees, litigation expenses, and costs, on March 18, 2014;

**THEREFORE, THE PARTIES STIPULATE**:

1.    This action shall be dismissed pursuant to FRCP 41(a)(2) with prejudice.  Defendants shall have until June 1, 2014, to complete all injunctive relief work, provided they make payment of the attorney fees, litigation expenses, and costs in the amount of $38,750 on March 18, 2014.

    **IT IS SO STIPULATED**.


Dated: March 17, 2014                    LAW OFFICES OF PAUL L. REIN

                                         _____
                                         By PAUL L. REIN
                                         Attorneys for Plaintiff
                                         WALTER DELSON


Dated:  March __, 2014                   _____
                                         Defendant MIGUEL A. BARRON as an individual *in pro per* and as owner of THE BARRON EGG SHOP OF MONTCLAIR dba THE MONTCLAIR EGG SHOP


Dated:  March __, 2014                   _____
                                         Defendant EDWARD BAKER *in pro per*

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES,
REQUIRING PAYMENT OF ATTORNEY FEES,
AND DISMISSING ACTION PURSUANT TO FRCP 41(a)(2)
CASE NO. C12-6454 RS                    -2-                    C:\Users\Jewc\AppData\Local\Temp\notes1A03DD\Stip & Prop Order to dismiss.wpd

1

**[PROPOSED] ORDER**

2

3          GOOD CAUSE BEING SHOWN, defendants shall have until June 1, 2014 to complete

4   all injunctive relief specified in the Consent Decree and Order of September 12, 2013. Docket

5   No. 30.  Defendants shall make payment in the amount of  $38,750 on March 18, 2014 in

6   satisfaction of plaintiff's remaining claim for attorney fees, litigation expenses, and costs.  This

7   action is hereby dismissed with prejudice.

8

9   **IT IS SO ORDERED.**

10

11   Dated: March 19, 2014.                                     _____

12                                                             Hon. RICHARD SEEBORG
                                                              United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES,
REQUIRING PAYMENT OF ATTORNEY FEES,
AND DISMISSING ACTION PURSUANT TO FRCP 41(a)(2)
CASE NO. C12-6454 RS                    -3-                    C:\Users\Jewc\AppData\Local\Temp\notes1A03DD\Stip & Prop Order to dismiss.wpd